<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ARIPPA,<br><br>   *Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>   *Respondent*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 15-1180<br>  (and consolidated cases) |

## **<u>UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE</u>**

Petitioners Chesapeake Climate Action Network, Clean Air Council, Downwinders at Risk, and Environmental Integrity Project, as well as Respondent-Intervenor Chesapeake Bay Foundation (collectively, "Environmental Petitioners"), respectfully request an extension of certain briefing deadlines in this case and in support state the following:

  1. This motion is unopposed. Counsel for Environmental Petitioners have contacted all parties in this case to request their positions on this motion. Counsel for Respondents United States Environmental Protection Agency and Gina McCarthy (collectively, "EPA") represents that EPA does not oppose this motion. Counsel for Utility Air Regulatory Group and ARIPPA represent that those parties do not oppose this motion either.

2. Good cause exists to grant this motion. *See* Fed. R. App. P. 26(b). The current deadlines for submission of Intervenor-Respondent Briefs and Petitioner Reply Briefs in this case—February 2, 2017, and February 21, 2017, respectively, Order of October 14, 2016, ECF No. 1641046—conflict with deadlines in another D.C. Circuit case which counsel for Environmental Petitioners are handling. Specifically, in *Sierra Club v. EPA*, D.C. Cir. No. 15-1487, the briefing schedule entered on October 7, 2016, establishes February 2, 2017, as the deadline for filing Intervenor-Respondent Briefs in that case, and February 23, 2017, as the deadline for Petitioner Reply Briefs. ECF No. 1639965.

Because of these conflicting obligations, counsel will not have enough time to prepare and file their Intervenor-Respondent Brief or their Reply Brief by the currently scheduled deadlines in this case. To provide sufficient time, Petitioners request that the deadline for their Intervenor-Respondent Brief be moved from February 2 to February 14 and that the deadline for their Reply Brief be moved from February 21 to March 6.

Petitioners further request that the deadlines for the remaining submissions in this case be extended by a shorter amount of time, to allow sufficient time to prepare those submissions while avoiding delay in the submission of final briefs.

3. Granting this motion will not prejudice any party or significantly delay oral argument or decision in this case or in the related case with which it has

2

been coordinated for argument, *Murray Energy Corporation v. EPA*, No. 16-1127. *See* Order of August 29, 2016, ECF No. 1632520. As detailed below, this motion requests that final briefs be due on March 27, 2017, which is only five days after the current deadline (March 22) and only three days after the deadline for submission of final briefs in *Murray Energy Corporation v. EPA*, No. 16-1127. Order of October 14, 2016, ECF No. 1641051. As under the current briefing schedule, the briefing schedule requested will result in these two coordinated cases being briefed in parallel, facilitating oral argument on the same date and before the same panel. *See id.*; Order of Aug. 29, 2016.

    4.    For the foregoing reasons, Petitioners respectfully request that the Court set the following new briefing deadlines:

| | |
|---|---|
| Intervenor-Respondent Briefs | February 14, 2017 |
| Petitioner Reply Briefs | March 6, 2017 |
| Deferred Appendix | March 17, 2017 |
| Final Briefs | March 27, 2017 |

3

DATED:    November 8, 2016            Respectfully submitted,

/s/ James S. Pew
James S. Pew                          Eric Schaeffer
Neil Gormley                          Patton Dycus
Earthjustice                          Environmental Integrity Project
1625 Massachusetts Ave., NW           1000 Vermont Ave., NW
Suite 702                             Suite 1000
Washington, DC 20036-2243             Washington, DC 20005
(202) 667-4500                        (202) 296-8800
jpew@earthjustice.org                 eschaeffer@environmentalintegrity.org
ngormley@earthjustice.org             pdycus@environmentalintegrity.org

*Counsel for Chesapeake Bay Foundation, Clean Air Council, and Downwinders at Risk*        *Counsel for Chesapeake Climate Action Network and Environmental Integrity Project*

## CERTIFICATE OF SERVICE

      I hereby certify on this 8th day of November, 2016, that I have served the foregoing **Unopposed Motion to Extend Briefing Schedule** on all registered counsel through the court's electronic filing system (ECF).

                                                /s/ James S. Pew
                                                James S. Pew